# United States District Court

EASTERN DISTRICT OF WISCONSIN

**LANCE S.**,

        Plaintiff,

        v.

**CAROLYN W. COLVIN**,
**Acting Commissioner of Social Security**,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. **23-CV-500**

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑     **Decision by Court.** This action came on for consideration and a decision has been rendered.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the Commissioner's decision is **AFFIRMED**.

    **IT IS FURTHER ORDERED** that this action is **DISMISSED**.

Approved: _____
        NANCY JOSEPH
        United States Magistrate Judge

Dated: January 6, 2025

GINA M. COLLETTI
Clerk of Court

*s/ Evan Romel*
(By) Deputy Clerk